IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **10-cv-2860-AP**
Bank. Case No. 10-15405 MER

In re SUSAN BETH WRIGHT,

    Debtor.

---

**JEFFREY HILL,**

    Appellant,

v.

**SUSAN BETH WRIGHT,**

    Appellee.

---

## MINUTE ORDER DENYING MOTION TO DISMISS APPEAL

Judge John L. Kane **ORDERS**

    Appellee Susan Beth Wright moves to dismiss the pending appeal from an order issued in her Chapter 7 bankruptcy case on grounds Appellant has failed to file his opening brief within 14 days of the entry of the appeal on the docket in accordance with Bankruptcy Rules 8007 and 8009. Because Rule 8009(a)'s 14-day time period for filing an opening brief is not triggered until the record from the bankruptcy court is completed and transmitted to the district court, Ms. Wright's Motion is premature. *See* Bank. R. 8007(b). Appellant has only recently filed his Designation of Record (Doc. 7), which designation begins the record-gathering process. Until the record is complete under Rules 8006 and 8007, the briefing schedule provided by Rule 8009(a) does not commence.

    The Motion to Dismiss the Appeal based on Appellant's failure timely to file his opening brief is DENIED.

---

Dated: December 10, 2010