IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10 CV 2860-AP

In re:
SUSAN BETH WRIGHT
          Debtor

---

Jeffrey L. Hill,
          Appellant,
v.
SUSAN BETH WRIGHT,
          Appellee

---

ORDER GRANTING APPELLANT'S MOTION TO DISMISS APPEAL

---

ORDERED, that upon Motion of the Appellant, the within Appeal is Dismissed with prejudice.

SO ORDERED THIS 20 DAY OF December, 2010.

_____
U.S. District Court Judge